[No. 70244-1-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIKADIR ADAN KHALIF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06047-7, Suzanne Parisien, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70421-4-I.   Division One.   September 15, 2014.]

*In the Matter of the Detention of* M.P.

Appeal from a judgment of the Superior Court for King County, No. 13-6-01163-2, James D. Cayce, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Trickey, JJ.

[No. 70444-3-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED M. OSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04988-9, LeRoy McCullough, J., entered May 23, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[Nos. 70461-3-I; 70660-8-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL EARL NEUMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 12-1-05123-9, Elizabeth J. Berns, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Schindler, J.